1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  phylg@potterhandy.com
   Attorneys for Plaintiff
6

7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA

9  **RAFAEL ARROYO, JR.**,            )  Case No.: 2:19-CV-02025-RSWL-KS
10        Plaintiff,                  )
                                      )  **NOTICE OF SETTLEMENT**
11     v.                             )
                                      )
12 **MUSTANG REALTY, LLC**, a California )
   Limited Liability Company; and Does 1- )
13 10,                                 )
                                      )
14        Defendants.                 )
                                      )
15                                    )
                                      )
16

17      The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case.
19

20                              CENTER FOR DISABILITY ACCESS
21

22 Dated: October 4, 2019      By: /s/ Amanda Seabock
23                                 Amanda Seabock
                                   Attorney for Plaintiff
24

Notice of Settlement          -1-              2:19-CV-02025-RSWL-KS