CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JAMES S. LINK (SBN: 94280)
james.s.link@att.net
BARABAN & TESKE
215 N. Marengo Avenue, 3rd Floor
Pasadena, CA 91101
Telephone: (626) 440-9882
Facsimile: (626) 440-9393
Attorneys for Defendant
Mustang Realty, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>　　Plaintiff,<br><br>　v.<br><br>MUSTANG REALTY, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　Defendants. | Case: 2:19-CV-02025-RSWL-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 05, 2019     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
     Amanda Lockhart Seabock
     Attorneys for Plaintiff

Dated: November 05, 2019     BARABAN & TESKE

By: /s/ James S. Link
     James S. Link
     Attorneys for Defendant
     Mustang Realty, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to James S. Link, counsel for Mustang Reality, LLC, and that I have obtained Mr. Link's authorization to affix his electronic signature to this document.

Dated: November 05, 2019     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff